```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
          Criminal No. 07-397(DSD/JJG)
```

United States of America,

       Plaintiff,

v.                                              **ORDER**

Jermaine Corwin Rogers,

       Defendant.

This matter is before the court upon separate objections by the United States and defendant to the report and recommendation of Magistrate Judge Jeanne J. Graham dated December 21, 2007. In her report, the magistrate judge recommends that defendant's motion to suppress evidence and motion to suppress statements, admissions and answers be denied.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Following a de novo review of the file and record, the evidence introduced at the suppression hearing and the parties' submissions, the court concludes that the magistrate judge's report and recommendation is a well-reasoned application of the protections of the Fourth and Fifth Amendments to the facts in this case. Therefore, the court adopts the report and recommendation of the magistrate judge [Docket No. 29] in its entirety.

**CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence obtained as a result of search and seizure [Docket No. 11] is denied;

2. Defendant's motion to suppress statements, admissions and answers [Docket No. 12] is denied.

Dated:  January 22, 2008

                                    s/David S. Doty
                                    David S. Doty, Judge
                                    United States District Court